23-225. Mr. Walker, my apologies. Come on up to the podium. Good afternoon. Hold on one second. Okay. Thank you very much. And I apologize again for calling your case a little prematurely, but go ahead. Good afternoon. My name is Van Douglas Walker. I'm the appellant. So, Mr. Walker, just so you know, we've read your submissions. This is your opportunity. You've got a little under five minutes to tell us what you think the most important points are related to your appeal. Okay. Well, first off, my argument why the district court abuses discretion is in my brief, so I'm not going to go into that because it's in my brief. And I would like to ask the court to please consider me liberal construction when considering my brief and also my oral argument today. I'm here today about the main fact is about the moral turpitude in this case. I came into the bankruptcy court with Chapter 11 with maybe $3 million worth of property. I was the first guy from Bedford-Stuyvesant that filed the Chapter 11 during the first recession. I drove trucks all my life to get the property. I was like, for legal terms, I mean for non-legal terms, I was like a pro, an A student in the Chapter 11. I submitted my B-6s, my monthly statements on time. Unto this day, I don't know why I was converted to Chapter 7. I was converted to Chapter 7, which that means, as this court noted, my property was going to be liquidated. And there was a trustee assigned to the case. I feel the trustee didn't look at the case and use any type of moral turpitude. He's seen that he's seen a I think he's seen a free fall of legal fees. It was one of the creditors in my case, a creditor by the name of Mearborn, that got released from the stay previously, came back and asked the bankruptcy court to convert me to Chapter 7. I don't know what happened with my lawyer at that time, but I know it was a lot of mistakes. This was seven years ago. I just want to let the courts know I'm still in bankruptcy court to this day from 2017. The trustee has got off the case about three years ago. Out of the three properties, the trustees, he told me he was going to liquidate all three properties. Excuse me. He told me he was going to liquidate two properties because one had been taken by the creditor, Mearborn, that had requested to get my case converted to Chapter 7. The trustee sold one of my properties, which was a lot. He sold it for $340,000, paid himself $120,000. Mearborn sold my other property, which they released from stay motion. The Mearborn said, we're going to sell this property. We're going to put anything else back into the estate. They sold that property. They transferred that deed two or three times. The property is still sitting there abandoned after seven years. The trustee is nowhere to be found. I feel that it's homophily. This guy, if it wasn't for this guy asking the court to convert me to Chapter 7 or Chapter 11, the trustee would have never had a job. To this day, the trustee is never going after this other creditor who's obviously committed fraud. I have proof that the deed has been transferred. Can I ask a question? Yes. So as I understand it, you say, at least with respect to the trustee, that the trustee doesn't deserve any money. No, no. Right? Doesn't deserve to be compensated. But you've also just described, at least the trustee did some work that you've described, that the bankruptcy court described in its report. So it can't be no money that the trustee deserves. It's got to be entitled to something for the work that it did. That's my question. I feel that the trustee, the work, the shabby work he did, it wasn't he should have got Perry Mason fees, which he put in for $120,000. And then I feel had he went after the client, Mearborn, he could have got paid his money, and I wouldn't have been left deserted. So when Mearborn sold the property, they sold the property for $1.5 million at first. They never submitted nothing to the courts. Had the trustee went after them? I mean, other than that, I could have seen him justified taking $120,000 because it would have been plenty surplus. I could have started off at a free start. I could get a fresh start at the time, 58 now. At the time, I was 54. After working all my life with driving dump trucks. So I feel that he didn't even deserve the $120,000 because he harmed me. If he wanted the $120,000, then he should have went after the fraudulent. Had I committed fraud going into the court room, he would have went after me. But to this day, it could have been an abundance of a half a million dollars left over, and he could have got his fees. But yet, when he put on the record that, I discounted my fees, and I took $120,000 for me and my attorneys. I feel that the district court abused his discretion because they didn't even give me an oral argument. They had us submit numerous notes on numerous occasions, and then set up a hearing for January of 2020. January of 2020 or January of 2020. We were supposed to have a verbal argument. I had 25 supporters from the neighborhood wanted to, you know, hey, guy. In Bed-Stuy. In Bed-Stuy. And come on the line to hear the oral argument, and the judge just didn't have the hearing note at all. Because, arguably, the people was trying to figure out a man of color coming into the bankruptcy court with $4 million worth of property, filed the Chapter 11. He was the only African American that filed the Chapter 11 that year, and he hadn't done anything wrong in the bankruptcy court. Why is he going to be broke? So, it was not the make color thing, but they wanted to know why. How did I get the $4 million, and what was the procedure? Why was I going to be left broke with no fresh start or anything? So, Mr. Walker, I'm going to give you 30 more seconds. Okay. So, we've got, I think we've got your argument. We've got your papers again. Is there anything else you want to say in the next 20 or 30 seconds? Yes, yes. One more thing. Yes, I'm still in bankruptcy court, because during the pandemic, I did get a modification on one of the properties right before the pandemic. Then the pandemic came in, and I couldn't even go out and drive trucks no more, and I fell behind while I was still in the bankruptcy court. Okay. Had the trustee went after the first creditor that to this day has that property and paid himself, and then I would have had a fresh start, I wouldn't even be behind on my mortgage to this day. That could have helped me out with a fresh start, but now I'm battling. He took his pay, which was $120,000, and just left me on a raft. Okay. All right. Thank you very much. We'll reserve the decision, which just means that we're going to conference, and then we'll decide your case. You'll have a decision relatively quickly. Is that fair? Yes. Thank you. Thank you very much. Have a seat. And that concludes today's argument calendar. I'll ask the court and deputy to please adjourn.